## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Art Van Furniture, LLC et al | ) | Case No. 20-10553 (CTG) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER OF REASSIGNMENT OF JUDGE

**AND NOW, this 1st** day of April 2022, **it is hereby ORDERED** that the above Chapter 7 case (and all associated cases including adversary) is **TRANSFERRED** to the **Honorable Criag T. Goldblatt** for all further proceedings and dispositions.[1]

*[signature]*
Laurie Selber Silverstein
Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.